JAMES E. HARPER
Nevada Bar No. 9822
DANIEL S. IVIE
Nevada Bar No. 10090
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL RAUSCH, individually, | CASE NO.: 3:23-cv-00483-LRH-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive. | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the Plaintiff, DANIEL RAUSCH, by and through his counsel of record, BRADLEY, DRENDEL & JEANNEY, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own

/ / /

1

costs and attorney fees.

DATED this 27th day of June 2024.                    DATED this 27th day of June 2024.

**BRADLEY, DRENDEL & JEANNEY**                       **HARPER | SELIM**

*/s/ Mark Wenzel*                                    */s/ James E. Harper*

MARK WENZEL                                          JAMES E. HARPER
Nevada Bar No. 5820                                  Nevada Bar No. 9822
P. O. Box 1987                                       DANIEL S. IVIE
Reno, NV 89505                                       Nevada Bar No. 10090
*Attorneys for Plaintiff*                            1935 Village Center Circle
                                                     Las Vegas, NV 89134
                                                     *Attorneys for Defendant*

### ORDER

Based on the parties' stipulation **(ECF No. 19)** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

IT IS SO ORDERED.

DATED this 27th day of June 2024.          _____
                                           UNITED STATES DISTRICT COURT JUDGE

2